AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DASHIEL GABLES <br><br> *Plaintiff(s)* <br> v. <br> TREVOR SMITH a/k/a BUSTA RHYMES, STARBUS LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.   25-CV-4328   MMH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STARBUS LLC
***VIA SECRETARY OF STATE SERVICE OF PROCESS ADDRESS**
C/O WATSONRICE
5 PENN PLZ, 15th Floor
New York, NY 10001
ATT: CAZEMBE BEKTEMBA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Avrohom Gefen, Esq.          -and-          Mark Panzavecchia, Esq.
Andrew A. Kimler, Esq.                       Panzavecchia & Associates, PLLC
Vishnick McGovern Milizio LLP                1000 Franklin Ave., Suite 204
3000 Marcus Avenue, Suite 1E9                Garden City, N.Y. 11530
Lake Success, NY   11042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY

*CLERK OF COURT*

Date:   8/7/25                                  S. GALEANO

*Signature of Clerk or Deputy Clerk*