

810 Seventh Avenue · Thirty-Third Floor
New York, NY 10019

Edwar Estrada
Direct Dial: (212) 909-0709
Direct Fax: (212) 909-3509
Estrada@kmm.com

Telephone (212) 644-1010
Fax (212) 644-1936

New York
Los Angeles
www.kmm.com

February 13, 2026

**ELECTRONICALLY FILED VIA ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

    Re: *Dashiel Gables v. Trevor Smith a/k/a Busta Rhymes and Starbus LLC*
      Case. No. 1:25-cv-04328-MMH
      KM&M File No. 13447.0001

Dear Judge Henry,

  The parties restfully submit this Joint Status Letter pursuant to the Court's January 13, 2026 Order.

  Pursuant to the Court's Order, the parties exchanged the relevant documents and information necessary to facilitate mediation. The parties have also scheduled private mediation before the Hon. Steven M. Gold (Ret.). Based on Judge Gold's availability, the mediation is set for April 22, 2026. Should Your Honor require any additional information, the parties will promptly provide it.

            Respectfully submitted,

            Kauff McGuire & Margolis LLP


            */s/ Edwar Estrada*
            Edwar Estrada
            *Attorneys for Defendants*

4900-6290-2159.1

CC: Avrohom Gefen
Andrew A. Kimler (VIA ECF)
Vishnick McGovern Milizio LLP
3000 Marcus Avenue
Lake Success, NY 11042
(516) 437-4385 ext. 122
akimler@vmmlegal.com
*Attorneys for Plaintiff*