# KM&M
### KAUFF McGUIRE & MARGOLIS LLP

810 SEVENTH AVENUE · THIRTY-THIRD FLOOR
NEW YORK, NY 10019

EDWAR ESTRADA
DIRECT DIAL: (212) 909-0709
DIRECT FAX: (212) 909-3509
ESTRADA@KMM.COM

TELEPHONE (212) 644-1010
FAX (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

April 29, 2026

**ELECTRONICALLY FILED VIA ECF**
Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

> Re:   *Dashiel Gables v. Trevor Smith a/k/a Busta Rhymes and Starbus LLC*
> Case. No. 1:25-cv-04328-MMH
> KM&M File No. 13447.0001

Dear Judge Henry,

The parties submit this Joint Status Letter pursuant to the Court's February 17, 2026 Order. On April 22, 2026, the parties settled this matter in private mediation before Hon. Steven M. Gold (Ret.). The parties are finalizing the settlement documentation and anticipate that it will be completed within ten (10) days. Should Your Honor require any additional information, the parties will promptly provide it.

Respectfully submitted,

KAUFF McGUIRE & MARGOLIS LLP

*/s/ Edwar Estrada*
Edwar Estrada
*Attorneys for Defendants*

4923-7819-0758.1

KM&M
K A U F F   M c G U I R E  &  M A R G O L I S   L L P

CC:    Avrohom Gefen (VIA ECF)
       Andrew A. Kimler
       Vishnick McGovern Milizio LLP
       3000 Marcus Avenue, Suite 1E9
       Lake Success, NY 11042
       (516) 437-4395 ext. 119
       agefen@vmmlegal.com
       akimler@vmmlegal.com
       *Attorneys for Plaintiff*

2

4923-7819-0758.1